# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00108-CV

### J. R. and L. R., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## NO. C2013-1122B, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants J.R. and L.R. filed their notices of appeal on February 12, 2015 and February 26, 2015, respectively. The appellate record was complete February 26, 2015, making appellants' briefs due March 18, 2015. To date, appellants' briefs have not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order Paul A. Finley and Manuel C. Rodriguez to file appellants' briefs no later than April 14, 2015. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on March 25, 2015.

Before Justices Puryear, Pemberton, and Bourland